UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, G35669,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. RUIZ,<br><br>　　　　　Defendant(s). | Case No. 25-cv-05301-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On Octboer 6, 2025, the court screened plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 and dismissed it with leave to amend "to set forth facts sufficient to state a viable due process claim in connection with the December 17, 2024, prison disciplinary hearing, if possible." ECF No. 7 at 2.  The court warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action." Id. at 3.

More than 37 days have passed, and plaintiff has not filed an amended complaint or sought an extension of time to do so.  The only pleading plaintiff has filed with the court is a cover page or incomplete document titled "Notice of Appeal." ECF No. 9 at 1.  The instant action accordingly is DISMISSED.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: November 13, 2025

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge